IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY INGRAM,<br><br>     Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>     Defendant. | Case No.: 1:25-cv-03465-SEG-JKL<br><br>NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC |

  **NOTICE IS HEREBY GIVEN** that Plaintiff Kimberly Ingram ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax.

  Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

1

RESPECTFULLY SUBMITTED on September 16, 2025.

    By: /s/ Jenna Dakroub
    Jenna Dakroub, GA #385021
    Consumer Justice Law Firm PLC
    260 Peachtree Street NW, Suite 2200
    Atlanta, GA 30303
    T: (602) 807-1525
    F: (480) 613-7733
    E: jdakroub@consumerjustice.com

    Consumer Justice Law Firm PLC
    8095 N. 85th Way
    Scottsdale, AZ 85258

    *Attorney for Plaintiff,*
    *Kimberly Ingram*