# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY INGRAM,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No.: 1:25-cv-03465-SEG-JKL<br><br>**STIPULTION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kimberly Ingram ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

//

1

RESPECTFULLY SUBMITTED on October 6, 2025.

| | |
|---|---|
| By: /s/ Jenna Dakroub<br>Jenna Dakroub, GA #385021<br>Consumer Justice Law Firm PLC<br>260 Peachtree Street<br>Atlanta, GA 30303<br>T: (602) 807-1525<br>F: (480) 613-7733<br>E: jdakroub@consumerjustice.com<br><br>Consumer Justice Law Firm PLC<br>8095 N. 85th Way<br>Scottsdale, AZ 85258<br><br>*Attorney for Plaintiff,*<br>*Kimberly Ingram* | By: */s/ Katherine McFarland Stein*<br>Katherine McFarland Stein<br>Ga. Bar No. 25442<br>Legal Counsel – Litigation<br>Equifax Legal Department<br>1550 Peachtree St.<br>Atlanta, GA 30309<br>Tel. (404) 885-8066<br>Fax: (404) 885-8215<br>Email: kate.stein@equifax.com<br><br>Counsel for Equifax Information Services LLC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ Mari Cervantes